UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SHORELINE, WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; and SEAN DUFFY, in his official capacity as the Secretary of Transportation,<br><br>              Defendants. | C26-1311 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Honorable Thomas S. Zilly hereby TRANSFERS the above captioned case as related to 2:25–cv–00814–BJR and 2:25–cv–01435–BJR to the Honorable Barbara J. Rothstein. All future pleadings shall bear the cause number 2:26–cv–01311–BJR.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1