The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, *et al.,*<br>Defendants. | Case No. 2:25-cv-01435-BJR<br>**DECLARATION OF SARAH LOUISE BISHOP** |
| CITY OF SHORELINE,<br>Plaintiff,<br>v.<br>U.S. DEP'T OF TRANSPORTATION, *et al.*,<br>Defendants. | Case No. 2:26-cv-01311-BJR |

Under 28 U.S.C. § 1746, I declare under penalty of perjury the following is true and correct to the best of my knowledge.

1. I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in the above cases.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. In compliance with the Court's preliminary injunction order issued June 29, 2026 and related grant of extension of time to comply (Dkts. 85 & 87 (*Seattle*); Dkts. 20 & 23 (*Shoreline*)), I provided a template notice of the Court's order to in-house counsel for the Defendant agencies, and instructed them to ensure notice was sent to all their employees and contractors "involved in grantmaking or enforcement of grant terms," by today, July 8, 2026.

3. Copies of the Defendant agencies' notices are attached as exhibits to this declaration. For brevity's sake, I have omitted copies of the Court's order (and/or of the relevant Executive Orders) that were attached to the notices.

4. Pursuant to the Court's instruction, the remainder of this declaration explains to whom each agency's notice was sent.

5. On information and belief, the Department of Transportation's notice was sent to the Secretary of Transportation's chief of staff, the General Counsel, and the Administrators (or acting Administrators) and Office of the Chief Counsel for each DOT operating administration that administers grants.

6. On information and belief, the Department of Energy's notice was sent to the Head of Contracting Activity (HCA) and the Senior Contracting Partners (SCPs) for Financial Assistance, who manage the award and administration of DOE financial assistance agreements, as well as to the Acquisition Liaisons for the programs that the respective HCA and SCPs support. These recipients were instructed to further distribute the notice and order to all DOE staff carrying out financial assistance activities under their supervision (such as Grants and Contracting Officers and Specialists).

7. On information and belief, the Department of Agriculture's notice was sent to the agency's eighty-six Federal Financial Assistance Committee (FFAC) Agency Leads, with direction to further distribute the notice to all relevant parties in their agency or staff office. The FFAC serves



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as the central USDA committee to address federal financial assistance and mutual interest agreement requirements. The FFAC Agency Leads are designated financial assistance policy leaders across USDA's awarding agencies and staff offices.

8. On information and belief, the Environmental Protection Agency's notice was sent to the Directors and Deputy Directors of the Offices of the Chief Procurement Office and of the Chief Grants Officer, as well as to agency managers.

9. On information and belief, the Department of Homeland Security's notice was sent to Chief Counsels, as well as Chief Financial Officers and/or Chief Procurement Officers, at DHS and all its components that administer grants.

10. On information and belief, the remaining Defendant agencies' notices were sent to all their employees and contractors: Department of Health & Human Services, Department of Housing & Urban Development, Department of Justice, Department of Labor[1], and Office of Management and Budget.

Executed in Seattle, Washington, on July 8, 2026.

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Counsel for Defendants*

[1] The Department of Labor had the head of each of its subagencies send their own notice to their respective subagency's personnel. The subagencies' notices were substantively identical, so for brevity's sake only one example is attached.