The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01435-BJR<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |
| CITY OF SHORELINE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEP'T OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01311-BJR |

Defendants Donald J. Trump, President of the United States; United States of America; United States Department of Justice; Todd Blanche, in his official capacity as Attorney General of the United States; Office of Management and Budget (OMB); Russell Vought, in his official



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

capacity as Director of OMB; U.S. Department of Transportation; Sean Duffy, in his official capacity as Secretary of Transportation; Federal Transit Administration (FTA); Jamie Pfister, in his official capacity as Acting Executive Director of FTA[1]; Federal Aviation Administration (FAA); Bryan Bedford, in his official capacity as Administrator of FAA; Federal Highway Administration (FHWA); Sean McMaster, in his official capacity as Administrator of FHWA; Federal Railroad Administration (FRA); David Fink, in his official capacity as Administrator of FRA; U.S. Department of Labor (DOL); Keith Sonderling, in his official capacity as Acting Secretary of Labor;[2] Office of Federal Contracts Compliance Programs (OFCCP); Kenneth Wolfe, in his official capacity as Director of OFCCP;[3] U.S. Department of Housing and Urban Development; Scott Turner, in his official capacity as Secretary of Housing and Urban Development; U.S. Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; U.S. Department of Health & Human Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of Health & Human Services; Health Resources & Services Administration (HRSA); Thomas J. Engels, in his official capacity as Administrator of HRSA; U.S. Department of Agriculture; Brooke Rollins, in her official capacity of Secretary of Agriculture; U.S. Environmental Protection Agency (EPA); Lee Zeldin, in his official capacity as Administrator of EPA; U.S. Department of Energy; and Chris Wright, in his official capacity as Secretary of Energy; appeal to the United States Court of Appeals for the Ninth Circuit from the preliminary injunction entered in the above actions on June 29, 2026 (Case No. 25-cv-1435, Dkt. No. 85; and Case No. 26-cv-1311, Dkt. No. 20).

//

---

[1] Jamie Pfister is substituted for Matthew Welbes pursuant to Fed. R. Civ. P. 25(d).

[2] Keith Sonderling is substituted for Lori Chavez-Deremer pursuant to Fed. R. Civ. P. 25(d).

[3] Kenneth Wolfe is substituted for Ashley Romanias pursuant to Fed. R. Civ. P. 25(d).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: August 27, 2026.

Respectfully submitted,

*s/ Sarah L. Bishop*
SARAH L. BISHOP
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Counsel for Defendants*