The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SHORELINE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEP'T OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01311-BJR<br><br>**JOINT STATUS REPORT & PROPOSED SCHEDULE** |

Pursuant to the Stipulation and Order issued on August 12, 2026 (Dkt. 26), the parties submit the following joint status report and case management proposal.

The initial deadlines in this case had been vacated pending the Ninth Circuit's decision in *Martin Luther King, Jr. Cnty. et al. v. Trump et al.*, Case No. 25-3664 (*King County*). The Ninth Circuit issued its decision last week, but the Solicitor General's time to decide whether to seek further review of the decision has not yet run. The outcome of that decision is likely to affect the parties' positions in this case and the possibility of settlement. While Defendants would prefer to stay this case until the mandate issues in *King County*, Plaintiff does not want this case left



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

languishing if the government does choose to seek further review, which could be a lengthy process. The parties therefore agree on and propose to the Court the following compromise:

- Defendants shall file a certified administrative record on or before October 30, 2026.
- The remaining deadlines in this case (including Defendants' deadline to file an Answer or Rule 12 motion) shall continue to be held in abeyance for now.
- The parties shall file a joint status report and further proposed case schedule within fifteen court days from when the *earliest* of the following events occurs in *King County*: (1) the mandate issues; (2) the government moves for reconsideration, rehearing en banc, or a stay pending further review; or (3) the government files a petition for certiorari to the United States Supreme Court.
- The parties' proposed schedule shall include a proposed single briefing schedule for dispositive cross-motions (simultaneously addressing arguments under both Rule 12 and Rule 56).

//

//

//

//

//

//

//

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

DATED this 8th day of September, 2026.

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 280 words, in compliance with the Local Civil Rules.

*/s/ Margaret King*
Margaret King, WA #34886
Julie Ainsworth-Taylor, WA #36777
CITY OF SHORELINE
17500 Midvale Avenue North
Shoreline, WA 98133
Phone: (206) 801-2221
Fax: (206) 801-2781
mking@shorelinewa.gov
jainsworth-taylor@shorelinewa.gov

*/s/ Amy Powell*
Amy Powell* NY #4339743
Gary DiBianco* DC #458669
Kunyu Ching* CA #292616
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
amy@lawyersforgoodgovernment.org
gary@lawyersforgoodgovernment.org
kunyu@lawyersforgoodgovernment.org

*Attorneys for Plaintiff City of Shoreline*

**admitted pro hac vice*

## ORDER

**IT IS SO ORDERED**.

DATED this 10th day of September 2026.

Barbara J Rothstein

BARBARA J. ROTHSTEIN
Senior United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970